ACCEPTED
03-15-00342-CR
7805097
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 3:44:02 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00342, (TC# D-1-DC-14-904017)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 3:44:02 PM
JEFFREY D. KYLE
Clerk

LEE ANDREW GREEN  VS. STATE OF TEXAS

An Appeal following a trial from
The 403th District Court, Travis County, Texas
No. D-1-DC-14-904017
Styled the State of Texas vs. Lee Andrew Green, Jr.

REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

To The Honorable Clerk of Said Court:

Now comes Lee Andrew Green, Appellant in the above styled cause, and makes this his Request for Extension of Time to File Brief, and for good cause would show:

I.

Counsel for Appellant received notice of filing the reporter's record from this Court on October 15, 2015, stating that the Reporter's Record was filed in this Court on **October 12, 2015**.  Under Texas Rule of Appellate Procedure 38.6 (and considering the state holiday on November 11, 2015), the deadline to file Appellant's Brief is today, Nov. 12, 2015.

II.

The record on appeal is 10 volumes.  There are also hundreds of photographs and exhibits.   The predominant legal issues in the case appear to involve matters of deficiencies in the Court's charge to the jury in a relatively new statutory regime.  Due to the press of business, Counsel for Appellant has been unable to complete the review of the records and legal research required to effectively communicate and argue the anticipated points of error in the Brief

III.


This is the first request for extension of time filed with the Court in this cause. Counsel for Appellant requests that the Court grant an extension of time to file Appellant's Brief until December 11, 2015.


Respectfully Submitted,


_____/s/ Drew Phipps_____
Drew Phipps
Attorney for Appellant
7421 Burnet Rd. #288
Austin, Texas 78757
(512) 476-3111
Bar # 15963050


CERTIFICATE OF SERVICE


I, Drew Phipps, Attorney for Appellant, do certify that on this the 12th day of November, 2015, a true and correct copy of the foregoing Appellant's Request for Extension of Time to File Brief was delivered by email to the Travis County District Attorney's Office, Blackwell-Thurman Criminal Justice Center, Austin, Texas 78701.


___/s/ Drew Phipps_____
Drew Phipps

(Exhibit 1)

FILE COPY



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

www.txcourts.gov/3rdc
oa.aspx (512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

October 15, 2015

The Honorable Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Mr. Drew B. Phipps
Drew Phipps, P.C.
7301 Burnet Rd Ste 102-288
Austin, TX 78757-2250
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    03-15-00342-CR
        Trial Court Case Number:    D-1-DC-14-904017
Style:   Lee Andrew Green
     v. The State of

Texas Dear Counsel:

    The seven-volume reporter's record and exhibits (three volumes), prepared by Ms. Roxanne Davenport, were filed in this Court on **October 12, 2015**.

            Very truly yours,

            JEFFREY D. KYLE, CLERK


        BY: _Chris Knowles_
                Chris Knowles, Deputy Clerk


cc:     Ms. Roxanne Davenport